Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **KMS Dairy, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-2762957** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **N3685 Mitchell Rd** <br> **Campbellsport, WI 53010** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Fond Du Lac** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:  _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_1121_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

■ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____ When _____ Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

█ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 4

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June 20, 2023**
                 MM / DD / YYYY

**X** **/s/ Kyle M. Serwe**                              **Kyle M. Serwe**
Signature of authorized representative of debtor        Printed name

Title    **Sole Member**

**18. Signature of attorney**

**X** **/s/ John W. Menn**                          Date   **June 20, 2023**
Signature of attorney for debtor                           MM / DD / YYYY

**John W. Menn 1073739**
Printed name

**STEINHILBER SWANSON LLP**
Firm name

**107 Church Avenue**
**Oshkosh, WI 54901**
Number, Street, City, State & ZIP Code

Contact phone   **920-235-6690**       Email address   **jmenn@steinhilberswanson.com**

**1073739 WI**
Bar number and State

Fill in this information to identify the case:

Debtor name    **KMS Dairy, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2023**         X **/s/ Kyle M. Serwe**
                                          Signature of individual signing on behalf of debtor

                                          **Kyle M. Serwe**
                                          Printed name

                                          **Sole Member**
                                          Position or relationship to debtor

Official Form 202                   **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **KMS Dairy, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*....................................................................   $   **850,420.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................   $   **1,420,230.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................   $   **2,270,650.00**

### Part 2:   Summary of Liabilities

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   **1,220,720.25**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $   **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$   **289,701.37**

4.   Total liabilities .................................................................................................
   Lines 2 + 3a + 3b      $   **1,510,421.62**

**Fill in this information to identify the case:**

Debtor name    **KMS Dairy, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

| | Name of institution | Type of account | Last 4 digits | Current value |
|---|---|---|---|---|
| 3.1. | **Bristol Morgan Bank** | **Checking** | 6964 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $0.00 |

**Part 2:**    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    Accounts receivable

10. Does the debtor have any accounts receivable?

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    Investments

13. Does the debtor own any investments?

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: % of ownership | | |

**Coop Stock:**
- **Adell $3,952**
- **United $1,258**
- **Country Visions $5,574**

| | | | | |
|---|---|---|---|---|
| 15.1. | **- Central Star $2,172** | % | | $12,957.00 |
| 15.2. | **FCS Stock** | % | | $253.00 |

| | | |
|---|---|---|
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | |
| 17. | **Total of Part 4.**<br>Add lines 14 through 16. Copy the total to line 83. | $13,210.00 |

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ■ No. Go to Part 6.
  ☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☐ No. Go to Part 7.
  ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested**<br>**Crops/Feed (see attached summary)** | $0.00 | | $187,850.00 |
| | **Growing Crops - wheat on 27 acres @ 90 bu/acre, $6/bu when harvested** | $0.00 | | $14,580.00 |
| | **Growing Crops - Corn planted on 195 acres at 190 bu/acre at $6.50/bu when harvested in the fall, assuming no price changes or crop loss** | $0.00 | | $240,825.00 |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish*<br>**Breeding Livestock (see attached summary)** | $0.00 | | $421,075.00 |

| | | | |
|---|---|---|---|
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* **Untitled Farm Machinery & Equipment not separately listed herein (see attached list); Values are per appraisal dated 9/19/2022** | $0.00 | $190,400.00 |
| | **2017 Lancaster hammermill, auger intake, blower discharge SN  174KBOHM0118** | $0.00 | $24,700.00 |
| | **John Deere 8640H Tractor with attachments and accessories** | $0.00 | $16,900.00 |
| | **John Deere 7280 7280R 280HP Tractor SN 015378 ($110,100);  John Deer 204L Four Wheel Drive Loader ($49,900); John Deere 388 Twin Mower SN 289238047366 ($27,000)** | $0.00 | $187,000.00 |
| | **Grouser Producet AG24 AG240-Dozer Balde SN 6M12BM** | $0.00 | $13,500.00 |
| | **John Deere 6125 6125M Standard OOS Tractor SN 771651** | $0.00 | $35,800.00 |
| | **John Deere 324E Skid Steer SN 322916** | $0.00 | $33,000.00 |

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**

    Add lines 28 through 32.  Copy the total to line 85.

    $1,365,630.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ■ Yes.  Is any of the debtor's property stored at the cooperative?
       ■ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

Part 7:   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

Debtor **KMS Dairy, LLC**        Case number *(if known)* _____
_____
Name

---

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **1989 Chevrolet dually, gas engine, in process of being redone** | $0.00 | | $2,500.00 |
| 47.2.   **2006 B & B 32' gooseneck flatbed, tandem, dual wheels, ramps, wood deck** | $0.00 | | $11,800.00 |
| 47.3.   **Leased - 2022 Featherlite 8107-6716 20' gooseneck aluminum cattle trailer VIN: 4FGA21620NC158402** | $0.00 | | $23,500.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                     **$37,800.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
■ Yes

---

**Part 9:**     **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 4

available.

| | | | | |
|---|---|---|---|---|
| 55.1. | **43.890 acres of farm land in Fond du Lac County, Tax Parcel ID T161419210600100 and T161419210700100; paid $8,000 per acre in January of 2022; subject to land contrct of Robert and Elaine Guell** | **Land Contract Vendee** | $0.00 | $351,120.00 |
| 55.2. | **N3685 Mitchell Rd, Campbellsport, WI 53010 - Dairy Facilities and residence on 5.761 acres, 3 acres are tillable; FMV per 2022 RE Tax Bill** | **Land Contract Purchaser** | $0.00 | $499,300.00 |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

                                                      $850,420.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

  ■ No
  ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

  ■ No
  ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ■ No. Go to Part 11.
  ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No. Go to Part 12.
  ■ Yes Fill in the information below.

                                                                **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

**Kansas City Life Insurance , cash surrender value**          **$3,590.00**

---

74.    **Causes of action against third parties (whether or not a lawsuit
         has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
         every nature, including counterclaims of the debtor and rights to
         set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
         country club membership

78.    **Total of Part 11.**                                                              **$3,590.00**

         Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

         ■ No
         ☐ Yes

| Debtor | KMS Dairy, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $13,210.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $1,365,630.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $37,800.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................................> | | $850,420.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,590.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,420,230.00 | + 91b. $850,420.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,270,650.00 |

## Farm Machinery + Equipment - Owned

| % Owned | Year | Make, Model, Description | Hours/Miles | Condition | Value |
|---|---|---|---|---|---|
| 0 % | | *** Field Appraisal 9/13/2022  FO#C7J *** | | | 0 |
| 0 % | | | | | 0 |
| 0 % | | *** Tractors *** | | | 0 |
| 0 % | | | | | 0 |
| 100 % | 1982 | John Deere 8640 4WD, 20.8-38 duals, 3 pt,1000 pto, 3 scvs | 5,093 | 2 | 16,900 |
| 100 % | 2013 | John Deere 7280R 650-38 & 600-30 tires, Triple Link front axle, 4 scvs, front 3pt,pto, & 2 scvs, IVT transmission, front & rear fenders, leather seat | 5,391 | 2 | 110,100 |
| 100 % | 2013 | John Deere 6125M 2WD, 460-34 &  10-16 tires, open station, 16/16 PowerQuad, 2 scvs, John Deere H340 loader | 6,931 | 2 | 35,800 |
| 100 % | | John Deere 4630 2WD, Quad Range, in shop for repairs | | * | 9,500 |
| 100 % | | White 2-105 2WD,cab, 2 scvs needs work | | 2.5 | 3,800 |
| 100 % | | Oliver 1655 2WD, on station, gas, flat rear tire, needs work | | 2.5 | 2,700 |
| 100 % | | Oliver Super 88 2WD, narrow front, 2 scvs,repainted | | 2 | 2,400 |
| 100 % | | Grouser AG240 12'  4 way blade,3 pt mounts,silage extension | | 1.5 | 13,500 |
| 0 % | | | | | 0 |
| 0 % | | *** Loaders & Attachments *** | | | 0 |
| 0 % | | | | | 0 |
| 100 % | 2017 | John Deere 204L wheel loader, 400/70R 20 tires, cab, air/heat, skid steer attach, 72" bucket | 2,013 | 1.5 | 49,900 |
| 100 % | 2008 | New Holland L170 skid steer,10-16.5 tires, open station, bucket | 6,681 | 2 | 12,600 |
| 100 % | | Mensch Side Shooter sand bucket, belt discharge, skid steer attach | | 2 | 2,200 |
| 100 % | | Mensch 975 stall fluffer, skid steer attach | | 2 | 1,000 |
| 100 % | | Homemade stall fluffer, skid steer attach | | 2.5 | 400 |
| 100 % | | Mensch tire scraper with pull back, skid steer attach | | 2 | 800 |
| 100 % | | 6' bunker shaver with 5' reach, skid steer attach | | 2 | 2,900 |
| 100 % | | Midwest Sidewalls tire shooter, skid steer attach | | 1.5 | 3,500 |
| 100 % | | Lowe auger with 24" bit  and 1 more bit (not seen),skid steer attach | | 2 | 2,500 |
| 100 % | | Triple C bale mover skid steer attach | | 2 | 2,000 |
| 100 % | | 48" pallet forks, skid steer attach | | 2 | 400 |
| 100 % | | 72" skid steer buckets (2 - total) | | 2 | 1,200 |
| 100 % | | Berlon 60" tine grapple skid steer attach | | 2 | 1,500 |
| 100 % | | Single side feed pusher, skid steer attach | | 2 | 300 |
| 100 % | | Warrior 30" log splitter, skid steer attach | | 1.5 | 2,200 |
| 100 % | | John Deere 324E Skidsteer | | | 33,000 |
| 0 % | | | | | 0 |
| 0 % | | *** Combine Harvesting *** | | | 0 |
| 0 % | | | | | 0 |
| 100 % | 1982 | John Deere 6620 combine, diesel, cab, hydro, straw chopper | 4,000 | 2 | 3,600 |
| 100 % | | John Deere 643 cornhead, 6 row 30" ,low tin, sprocket drive | | 2 | 4,200 |
| 100 % | 1988 | John Deere 920F 20' flex head sprocket drives | | 2 | 1,400 |
| 0 % | | | | | 0 |
| 0 % | | *** Planting *** | | | 0 |
| 0 % | | | | | 0 |
| 100 % | | John Deere 7000 6 row 30" planter, finger meters, liquid fertilizer, Yetter no till coulters, 1.6 bu. boxes, insecticide boxes | | 2 | 4,800 |
| 100 % | | John Deere 8300 18 double disk openers, 7.5" spacing, grass seed | | 2 | 3,100 |
| 0 % | | | | | 0 |
| 0 % | | *** Tillage *** | | | 0 |
| 0 % | | | | | 0 |
| 100 % | | John Deere 1600 3pt 10 shank chisel plow | | 2 | 400 |
| 100 % | | DMI Coulter Champ 9 shank disk chisel, individual disks | | 2 | 2,700 |
| 100 % | 2015 | Kuhn Krause 8000-14 Excelerator vertical till, 14' ,tandem | | 2 | 26,000 |
| 100 % | | IH Vibra Shank 24' field cultivator with 1 bar harrow | | 2 | 500 |
| 0 % | | | | | 0 |
| 0 % | | *** Fertilizer Equipment *** | | | 0 |
| 0 % | | | | | 0 |
| 100 % | | 3000 gal poly tank | | 2 | 1,000 |
| 0 % | | | | | 0 |

Serwe, Kyle
KMS Dairy LLC
CIF: 3995740

## Farm Machinery + Equipment - Owned

| % Owned | Year | Make, Model, Description | Hours/Miles | Condition | Value |
|---|---|---|---|---|---|
| 0 % | | *** Hay & Forage *** | | | 0 |
| 0 % | | | | | 0 |
| 100 % | | John Deere 131 front mower, impeller conditioning and 388 rear mowers, impeller conditioning ,28.5 total cutting width | | 2 | 27,000 |
| 100 % | | Kuhn GF222T 2 rotor hay tedder, trailer type, 540 pto | | 2 | 2,100 |
| 100 % | | Kuhn SR600 16 wheel bi - fold rake  hydraulic fold | | 2 | 12,100 |
| 100 % | 2008 | CaseIH LBX332 3x3 big square baler, single axle,600-22.5 tires, packer cutter, roller chute, applicator tank | | 2 | 24,700 |
| 100 % | | 8 x 16 flat rack on H&S gear | | 2 | 1,500 |
| 0 % | | | | | 0 |
| 0 % | | *** Livestock Equipment **** | | | 0 |
| 0 % | | | | | 0 |
| 100 % | 2014 | Kuhn Knight 8132 slinger spreader, 3200 gallon, tandem ,21.5-16.1 tires | | 2 | 9,700 |
| 100 % | | 5500 gal+ rebuilt liquid manure spreader, Calumet tandem trailer, new tank | | 2 | 9,600 |
| 100 % | | Jamesway pit pump, was in pit | | 2.5 | 6,000 |
| 100 % | | Jamesway 8" X30'  load stand with hose | | 2 | 2,000 |
| 100 % | | Jaylor 4650 TMR mixer dual wheels, front discharge conveyor, scale ,twin screws | | 2 | 10,800 |
| 100 % | 2017 | Lancaster hammermill, auger intake, blower discharge | | 2 | 24,700 |
| 100 % | | Westfield TA10 transfer auger | | 2 | 1,500 |
| 0 % | | | | | 0 |
| 0 % | | *** Misc. Equipment *** | | | 0 |
| 0 % | | | | | 0 |
| 100 % | | 500 gal fuel tank with pump on wagon | | 2 | 1,500 |
| 100 % | | Hydrotek HD25004E 2G pressure washer /steam cleaner, 5 HP electric motor ,2500 psi, diesel burner | | 2 | 1,700 |
| 100 % | | Millermatic 252 wire welder | | 1.5 | 2,300 |
| 100 % | | Katolight KLM-50 -540  generator,540 pto, on trailer | | 1.5 | 5,300 |
| | | | | **Total** | 501,300 |

**BREEDING LIVESTOCK**

| Description | # Head | $ / Head | Value |
|---|---|---|---|
| Cows, milking & dry | 147 | $ 2,100.00 | $ 308,700.00 |
| Springing Heifers | 20 | $ 1,800.00 | $ 36,000.00 |
| Bred Heifers | 10 | $ 1,400.00 | $ 14,000.00 |
| Breeding Age to Short Bred | 25 | $ 875.00 | $ 21,875.00 |
| Open Heifers | 55 | $ 600.00 | $ 33,000.00 |
| Calves | 25 | $ 300.00 | $ 7,500.00 |
| **Totals:** | **282** | | **$ 421,075.00** |

**CROPS / FEED**

| Description | Unit | # of Units | $ / Unit | Value |
|---|---|---|---|---|
| Corn - High Moisture | Bu | 4,000.00 | $ 5.00 | $ 20,000.00 |
| Corn - Silage | Ton | 1,000.00 | $ 65.00 | $ 65,000.00 |
| Corn - Stalks | Bales | 170.00 | $ 40.00 | $ 6,800.00 |
| Hay - Alfalfa | Bales | 370.00 | $ 65.00 | $ 24,050.00 |
| Hay - Haylage | Ton | 800.00 | $ 90.00 | $ 72,000.00 |
| **Totals:** | | | | **$ 187,850.00** |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

**2.1**  **Compeer Financial**
Creditor's Name

N5776 Co Rd D
Fond Du Lac, WI 54936
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**1426-**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**N3685 Mitchell Rd, Campbellsport, WI 53010 - Dairy Facilities and residence on 5.761 acres, 3 acres are tillable, and other farm personal property, crops, animals, etc per GFSA**

Describe the lien
**Mortgage and GFSA**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| | **$25,887.00** | **$1,864,930.00** |

**2.2**  **Compeer Financial**
Creditor's Name

N5776 Co Rd D
Fond Du Lac, WI 54936
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**May 13, 2019**
**Last 4 digits of account number**
**7837**

Describe debtor's property that is subject to a lien
**N3685 Mitchell Rd, Campbellsport, WI 53010 - Dairy Facilities and residence on 5.761 acres, 3 acres are tillable, and other farm personal property, crops, animals, etc per GFSA**

Describe the lien
**Mortgage and GFSA**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | | |
|---|---|---|
| | $521,121.92 | $1,864,930.00 |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| �True No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Compeer Financial** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $54,948.82 | $1,864,930.00 |

**Compeer Financial**

Creditor's Name

**Describe debtor's property that is subject to a lien**
**N3685 Mitchell Rd, Campbellsport, WI 53010 - Dairy Facilities and residence on 5.761 acres, 3 acres are tillable, and other farm personal property, crops, animals, etc per GFSA**

$54,948.82      $1,864,930.00

**N5776 Co Rd D**
**Fond Du Lac, WI 54936**

Creditor's mailing address

**Describe the lien**
**Mortgage and GFSA**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1412**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Compeer Financial** | **Describe debtor's property that is subject to a lien** | $46,124.05 | $1,864,930.00 |
|---|---|---|---|---|

Creditor's Name

**N3685 Mitchell Rd, Campbellsport, WI 53010 - Dairy Facilities and residence on 5.761 acres, 3 acres are tillable, and other farm personal property, crops, animals, etc per GFSA**

**N5776 Co Rd D**
**Fond Du Lac, WI 54936**

Creditor's mailing address

**Describe the lien**
**Mortgage and GFSA**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**July 21, 2022**

**Last 4 digits of account number**
**1352**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Fond du Lac County Treasurer** | **Describe debtor's property that is subject to a lien** | $6,971.14 | $499,300.00 |
|---|---|---|---|---|

Creditor's Name

**160 S. Macy St.**
**PO Box 1515**
**Fond Du Lac, WI**
**54936-1515**
_____
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**2021-2022**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**N3685 Mitchell Rd, Campbellsport, WI 53010 -**
**Dairy Facilities and residence on 5.761 acres,**
**3 acres are tillable; FMV per 2022 RE Tax Bill**

Describe the lien
**RE Taxes**
_____
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Funding Metrics LLC** | Describe debtor's property that is subject to a lien | $10,578.00 | Unknown |

Creditor's Name

**3220 Tillman Drive, Suite**
**200**
**Bensalem, PA 19020**
_____
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Accounts Receivable / Payment Receipts**

Describe the lien
**UCC / Sale of Future Receipts**
_____
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $22,735.63 | $35,800.00 |

Creditor's Name

**6400 NW 86th St.**
**Johnston, IA 50131**
_____
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**3532**

**John Deere 6125 6125M Standard OOS**
**Tractor SN 771651 (traded in New Holland**
**T6070 Tractor)**

Describe the lien
**PMSI**
_____
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $12,864.79 | $13,500.00 |
|---|---|---|---|---|

Creditor's Name

**6400 NW 86th St.
Johnston, IA 50131**

Creditor's mailing address

**Grouser Producet AG24 AG240-Dozer Balde SN 6M12BM**

Describe the lien
**PMSI**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 7924**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $173,596.57 | $187,000.00 |
|---|---|---|---|---|

Creditor's Name

**John Deere 7280 7280R 280HP Tracor SN 015378; John Deer 204L Four Wheel Drive Loder SN; John Deere 388 Twin Mower Cond SN 289238047366**

**6400 NW 86th St.
Johnston, IA 50131**

Creditor's mailing address

Describe the lien
**PMSI**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 0957**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $27,583.33 | $33,000.00 |
|---|---|---|---|---|

Creditor's Name

**6400 NW 86th St.
Johnston, IA 50131**

Creditor's mailing address

**John Deere 324E Skid Steer SN 322916**

Describe the lien

---

**PMSI**

**Is the creditor an insider or related party?**
Creditor's email address, if known
■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1049**

**Do multiple creditors have an interest in the same property?**
**As of the petition filing date, the claim is:**
Check all that apply
■ No
☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Robert & Elaine Guell** | **Describe debtor's property that is subject to a lien** | $292,601.00 | $351,120.00 |
|---|---|---|---|---|

Creditor's Name

**43.890 acres of farm land in Fond du Lac County, Tax Parcel ID T161419210600100 and T161419210700100; paid $8,000 per acre in Janaury of 2022; subject to land contrct of Robert and Elaine Guell**

**N3679 Mitchell Road**
**Campbellsport, WI 53010**
Creditor's mailing address

**Describe the lien**
**Vendor on Land Contract (See details on Sched G)**

**Is the creditor an insider or related party?**
Creditor's email address, if known
■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
**As of the petition filing date, the claim is:**
Check all that apply
■ No
☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Stearns Bank** | **Describe debtor's property that is subject to a lien** | $8,208.00 | $24,700.00 |
|---|---|---|---|---|

Creditor's Name
**500-13th Street**
**PO Box 750**
**Albany, MN 56307**
Creditor's mailing address

**2017 Hammer Miller Blower-out Feed Grinder; SN  174KBOHM0118**

**Describe the lien**
**PMSI**

**Is the creditor an insider or related party?**
Creditor's email address, if known
■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
☐ No
**October 21, 2019**
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8001**

---

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.1 3** | **William Guell** | Describe debtor's property that is subject to a lien | $17,500.00 | $499,300.00 |

Creditor's Name

**W2810 Sunset Dr. Campbellsport, WI 53010**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**May 13, 2019**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**N3685 Mitchell Rd, Campbellsport, WI 53010 - Dairy Facilities and residence on 5.761 acres, 3 acres are tillable; and herd, equipment as set forth in UCC filing**

**Describe the lien**

**Mortgage, PMSI, and GFSA**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,220,720.25**

---

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Farm Service Agency W6529 Forest Ave. Fond Du Lac, WI 54937** | Line **2.4** | |

Debtor name      **KMS Dairy, LLC**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address <br> **Internal Revenue Service** <br> **Centralized Insolvency Operation** <br> **P.O. Box 7346** <br> **Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**NOTICE ONLY**

Is the claim subject to offset?
■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address <br> **Wisconsin Department of Revenue** <br> **2135 Rimrock Rd.** <br> **PO Box 8906** <br> **Madison, WI 53708-8906** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**NOTICE ONLY**

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **KMS Dairy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $38,403.99 |
| | **Adell Cooperative**<br>**607 Mill Street**<br>**PO Box 69**<br>**Adell, WI 53001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Farm Products__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,125.00 |
| | **Alliant Energy**<br>**PO Box 3062**<br>**Cedar Rapids, IA 52406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Electric Bill__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,200.00 |
| | **Badger Well Drilling**<br>**N7900 Locust Ln**<br>**Mount Calvary, WI 53057** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Well repair bill__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
| | **Cole Oil & Propane**<br>**PO Box 2768**<br>**Lomira, WI 53048** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Gas bill__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21,906.00 |
| | **Country Visions Cooperative**<br>**1010 West Ryan Street**<br>**Brillion, WI 54110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Farm Products__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100,606.00 |
| | **CP Feeds**<br>**16322 W. Washington Street**<br>**Valders, WI 54245** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Farm Products__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $58,000.00 |
| | **Headway Capital**<br>**175 W. Jackson Blvd., Suite 1000**<br>**Chicago, IL 60604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Line of Credit__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|
| | **Jenny Vollmer** **N6317 Wagner Rd.** **Mount Calvary, WI 53057** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: _personal loan_ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,460.38** |
|---|---|---|---|
| | **John Deere Financial** **PO Box 4450** **Carol Stream, IL 60197-4450** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: _Multi Use Account_ | |
| | Last 4 digits of account number _4645_ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Attorney Jacob Birenbaum** **Hawley, Kaufman & Kautzer, SC** **400 First St.** **PO Box 485** **Random Lake, WI 53075-0485** | Line **3.1** ☐ Not listed. Explain ___ | _ |
| 4.2 | **Insolvency Unit West 17, Grp 4-Milwaukee** **Organization Code: SES:C:AIQ:WI7** **211 W. Wisconsin Ave, Stop 5301** **Milwaukee, WI 53203-2221** | Line **2.1** ☐ Not listed. Explain ___ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 289,701.37 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 289,701.37 |

Fill in this information to identify the case:

Debtor name     **KMS Dairy, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF WISCONSIN

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **verbal lease of 4 acres of farmland; estimated at $400/annually**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Kris Roehl**<br>**N3034 Woodland Dr.**<br>**Campbellsport, WI 53010** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **May 13, 2019, Wells Rights Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Kyle M. Serwe**<br>**N3685 Mitchell Rd.**<br>**Campbellsport, WI 53010** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **verbal lease of 7 acres of farmland, $800/annually**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Rhonda Roehl**<br>**W1941 County Rd. F**<br>**Campbellsport, WI 53010** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **verbal lease of 30 acres of farmland, $375/mo**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Rich and Mary Hornburg**<br>**N3436 US Hwy 45**<br>**Eden, WI 53019** |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **May 13, 2019, Wells Rights Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Robert & Elaine Guell**<br>**N3679 Mitchell Road**<br>**Campbellsport, WI 53010** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **December 16, 2021; land contract for purchase of real estate in Town of Osceola, Wisconsin; T161419210600700 and T161419210700100; $2,800 monthly; January 16, 2022 with entire outstanding balance due and payable on December 16, 2031; additional payments of $10,300.66 due June 1, 2022 and January 1, 2023; balance, $292,601** |
| State the term remaining | |
| List the contract number of any government contract | **Robert & Elaine Guell**<br>**N3679 Mitchell Road**<br>**Campbellsport, WI 53010** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **verbal lease of 25 acres of farmland, $280/mo** |
| State the term remaining | |
| List the contract number of any government contract | **Robert & Elaine Guell**<br>**N3679 Mitchell Road**<br>**Campbellsport, WI 53010** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **May 13, 2019, Wells Rights Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Robert & Elaine Guell, as Trustees of Robert A. and Elaine A. Guell Revocable Living Trust**<br>**N3679 Mitchell Road**<br>**Campbellsport, WI 53010** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **verbal lease of 85 acres of farmland, $1210/mo** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Rose Guell**<br>**N3461 HWy 45**<br>**Eden, WI 53019** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **verbal lease of 5 acres of farmland, $625/annually** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Steve Berres**<br>**114 5th Street**<br>**Fond Du Lac, WI 54935** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **lease of 2022 Featherlight Trailer, 60 months beginning May 15, 2022; $407.00 monthly; balance of $18,722 remaining (46 add'l payments)** | |
|---|---|---|---|
| | State the term remaining | **50 months** | |
| | List the contract number of any government contract | _____ | **Trailer Leasing**<br>**PO Box 510804**<br>**New Berlin, WI 53151-0804** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **verbal lease of 90 acres of farmland, currently rent free, with the agreement to sell this acreage on a land contract upon completion of the separate mortgage payments** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **William Guell**<br>**W2810 Sunset Dr.**<br>**Campbellsport, WI 53010** |

Debtor name **KMS Dairy, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Kyle Serwe** | **N3685 Mitchell Rd.** **Campbellsport, WI 53010** | **Compeer Financial** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Kyle Serwe** | **N3685 Mitchell Rd.** **Campbellsport, WI 53010** | **Compeer Financial** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Kyle Serwe** | **N3685 Mitchell Rd.** **Campbellsport, WI 53010** | **Stearns Bank** | ■ D __2.12__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Kyle Serwe** | **N3685 Mitchell Rd.** **Campbellsport, WI 53010** | **John Deere Financial** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Kyle Serwe** | **N3685 Mitchell Rd.** **Campbellsport, WI 53010** | **John Deere Financial** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |

| Debtor | **KMS Dairy, LLC** | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Kyle Serwe** N3685 Mitchell Rd. Campbellsport, WI 53010 | **John Deere Financial** | ■ D __2.9__ ☐ E/F ____ ☐ G ____ |
| 2.7 | **Kyle Serwe** N3685 Mitchell Rd. Campbellsport, WI 53010 | **John Deere Financial** | ■ D __2.10__ ☐ E/F ____ ☐ G ____ |
| 2.8 | **Kyle Serwe** N3685 Mitchell Rd. Campbellsport, WI 53010 | **William Guell** | ■ D __2.13__ ☐ E/F ____ ☐ G ____ |
| 2.9 | **William Guell** W2810 Sunset Dr. Campbellsport, WI 53010 | **Compeer Financial** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.10 | **William Guell** W2810 Sunset Dr. Campbellsport, WI 53010 | **Compeer Financial** | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.11 | **William Guell** W2810 Sunset Dr. Campbellsport, WI 53010 | **Compeer Financial** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.12 | **Kyle M. Serwe** N3685 Mitchell Rd. Campbellsport, WI 53010 | **Robert A. Guell and Elaine A. Guell** | ☐ D ____ ☐ E/F ____ ■ G __2.6__ |

Official Form 206H        Schedule H: Your Codebtors        Page 2 of 2

**Fill in this information to identify the case:**

Debtor name  **KMS Dairy, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WISCONSIN

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other  Farm Gross Income | $345,185.14 |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other  Farm Gross Income | $930,007.00 |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other  Farm Gross Income | $820,251.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:  List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount

may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Adell Cooperative v. KMS Dairy, LLC 23CV315** | **money judgment** | **Sheboygan County Circuit Court Clerk of Circuit Court 615 N Sixth Street Sheboygan, WI 53081** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Electric fires in two skidloaders** | **Insurance procceds paid to lienholders JD Financial and Wells Fargo - approximately $55k and $38k on the separate claims** | **May and July of 2022** | **$93,000.00** |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Steinhilber Swanson LLP<br>107 Church Avenue<br>Oshkosh, WI 54901** | | **4/10/2023;<br>6/12/2023** | **$10,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **John Deere Financial<br>6400 NW 86th St.<br>Johnston, IA 50131** | **New Holland T6070 traded for JD 6125M; value is estimated** | **August 2022** | **$35,000.00** |
| | **Relationship to debtor** | | | |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|---------------------------|
|  |  |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|---------------------------------------------------------------------------------|---------------------------------------------------------------------------|
|  |  |  |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bristol Morgan Bank Oakfield, WI** | XXXX- | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Spring 2022; account used for PPP funds** | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Michael Beal**<br>**N3685 Mitchell Rd.**<br>**Campbellsport, WI 53010** | **N3685 Mitchell Rd.**<br>**Campbellsport, WI 53010** | **1983 Grey Camaro ($4,000), 1938 Ford Cabover ($12,000), 1963 Chevelle ($3,000), 44ft Gooseneck Bravo ($38,000), 24ft White Gooseneck Flatbed ($7,000), 20ft Bumper Pull Bravo ($15,000), 16ft Hauler ($1,000), 16ft Skid Loader Trailer ($4,000), 14ft Black Utility Trailer ($2,000); all other household goods** | **$86,000.00** |
| **Kyle Serwe**<br>**N3685 Mitchell Rd.**<br>**Campbellsport, WI 53010** | **N3685 Mitchell Rd.**<br>**Campbellsport, WI 53010** | **2014 GMC 3500 (subject to lien of Marine Credit Union); all other household goods** | **$37,500.00** |
| **Jenny Vollmer**<br>**N6317 Wagner Rd.**<br>**Mount Calvary, WI 53057** | **N3685 Mitchell Rd.**<br>**Campbellsport, WI 53010** | **Grain Cart** | **$4,700.00** |
| **Richard Hall**<br>**Campbellsport, WI** | **N3685 Mitchell Rd.**<br>**Campbellsport, WI 53010** | **18ft grey enclosed trailer** | **$2,000.00** |

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Compeer Financial/ACA Tax Services**<br>**2600 Wren Trail**<br>**Sun Prairie, WI 53590** | **2019 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Kyle Serwe**<br>**N3685 Mitchell Rd.**<br>**Campbellsport, WI 53010** | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.   **Compeer Financial/ACA Tax Services**<br>**2600 Wren Trail**<br>**Sun Prairie, WI 53590** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Ergo Bank**<br>**314 W. State St.**<br>**Fox Lake, WI 53933** |
| 26d.2.   **National Exhange Bank and Trust**<br>**676 W. Johnson St.**<br>**Fond Du Lac, WI 54935** |
| 26d.3.   **Wisconsin Farm Center** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kyle Serwe** | **N3685 Mitchell Rd**<br>**Campbellsport, WI 53010** | **LLC Member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Kyle Serwe<br>N3685 Mitchell Rd.<br>Campbellsport, WI 53010 | $7,200 wages and $13,470.26 equity payments from June 2022 thru Dec 2022); add'l $3,300 wages paid in 2023 through petition date; Farm pays Kyle's truck payment of approx $1100/mo (truck is primarily farm use); Farm pays Kyle's credit card bills which are mixed farm / personal charges - approx $3500/mo | over the last twelve months | Living expenses / wages, plus reimbursement of farm expenses paid on personal accounts |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 20, 2023**

**/s/ Kyle M. Serwe**                              **Kyle M. Serwe**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Sole Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **KMS Dairy, LLC**

Case No. _____

Debtor(s)

Chapter **12**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **TBD** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **TBD** |

**Fees payable at hourly rates, plus reimbursement of out of pocket expenses, pursuant to application to employ and subsequent application for compensation to be filed with the Court.**

2. The source of the compensation paid to me was:

   ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Advice on duties and obligations as Debtor; Necessary creditor, court and Trustee contacts**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Services requiring special expertise not available in-house.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 20, 2023**

Date

*/s/ John W. Menn*
**John W. Menn 1073739**
*Signature of Attorney*
**STEINHILBER SWANSON LLP**
**107 Church Avenue**
**Oshkosh, WI 54901**
**920-235-6690  Fax: 920-426-5530**
**jmenn@steinhilberswanson.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re   **KMS Dairy, LLC**

                                      Debtor(s)

Case No.

Chapter   **12**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 20, 2023**

**/s/ Kyle M. Serwe**

**Kyle M. Serwe/Sole Member**
Signer/Title

Adell Cooperative
607 Mill Street
PO Box 69
Adell, WI 53001

Alliant Energy
PO Box 3062
Cedar Rapids, IA 52406

Attorney Jacob Birenbaum
Hawley, Kaufman & Kautzer, SC
400 First St.
 PO Box 485
Random Lake, WI 53075-0485

Badger Well Drilling
N7900 Locust Ln
Mount Calvary, WI 53057

Cole Oil & Propane
PO Box 2768
Lomira, WI 53048

Compeer Financial
N5776 Co Rd D
Fond Du Lac, WI 54936

Country Visions Cooperative
1010 West Ryan Street
Brillion, WI 54110

CP Feeds
16322 W. Washington Street
Valders, WI 54245

Farm Service Agency
W6529 Forest Ave.
Fond Du Lac, WI 54937

Fond du Lac County Treasurer
160 S. Macy St.
PO Box 1515
Fond Du Lac, WI 54936-1515

Funding Metrics LLC
3220 Tillman Drive, Suite 200
Bensalem, PA 19020

Headway Capital
175 W. Jackson Blvd., Suite 1000
Chicago, IL 60604

Insolvency Unit West 17, Grp 4-Milwaukee
Organization Code: SES:C:AIQ:WI7
211 W. Wisconsin Ave, Stop 5301
Milwaukee, WI 53203-2221

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jenny Vollmer
N6317 Wagner Rd.
Mount Calvary, WI 53057

John Deere Financial
PO Box 4450
Carol Stream, IL 60197-4450

John Deere Financial
6400 NW 86th St.
Johnston, IA 50131

Kris Roehl
N3034 Woodland Dr.
Campbellsport, WI 53010

Kyle M. Serwe
N3685 Mitchell Rd.
Campbellsport, WI 53010

Kyle Serwe
N3685 Mitchell Rd.
Campbellsport, WI 53010

Rhonda Roehl
W1941 County Rd. F
Campbellsport, WI 53010

Rich and Mary Hornburg
N3436 US Hwy 45
Eden, WI 53019

Robert & Elaine Guell
N3679 Mitchell Road
Campbellsport, WI 53010

Robert & Elaine Guell, as
Trustees of Robert A. and Elaine A.
Guell Revocable Living Trust
N3679 Mitchell Road
Campbellsport, WI 53010

Rose Guell
N3461 HWy 45
Eden, WI 53019

Stearns Bank
500-13th Street
PO Box 750
Albany, MN 56307

Steve Berres
114 5th Street
Fond Du Lac, WI 54935

Trailer Leasing
PO Box 510804
New Berlin, WI 53151-0804

William Guell
W2810 Sunset Dr.
Campbellsport, WI 53010

Wisconsin Department of Revenue
2135 Rimrock Rd.
PO Box 8906
Madison, WI 53708-8906

# United States Bankruptcy Court
### Eastern District of Wisconsin

In re   __KMS Dairy, LLC__       Case No. _____

                  Debtor(s)       Chapter   __12__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __KMS Dairy, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__June 20, 2023__               **/s/ John W. Menn**

Date                           **John W. Menn 1073739**

Signature of Attorney or Litigant

Counsel for   **KMS Dairy, LLC**

**STEINHILBER SWANSON LLP**

**107 Church Avenue**
**Oshkosh, WI 54901**
**920-235-6690 Fax:920-426-5530**
**jmenn@steinhilberswanson.com**